# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

RUDELL PARKER                                             PLAINTIFF

v.                           2:17-cv-10-DPM

TN WAY TRUCKING, INC. and
JOHN SCARBROUGH, SR.                                   DEFENDANTS

## ORDER

1.      The Court directs the Clerk to draw another Magistrate Judge at random and send another round of consent forms to the parties.  Magistrate Judge Volpe did his best to help the parties settle this case, but they didn't come together.   In these circumstances, another Magistrate Judge should preside over the trial if the parties choose to consent.  The Court requests them to return the forms by 20 August 2018.

2.      This case needs a trial.  But it is third-out on 1 October 2018; and one or both of the cases set ahead of it, which are older, will almost certainly go to trial.  If both parties do not consent to a Magistrate Judge handling the trial, then the Scheduling Order will be suspended and the trial will be continued to March or September 2019.

So Ordered.

_D.P.Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_7 August 2018_