IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**RUDELL PARKER**                                                    **PLAINTIFF**

v.                                      No. 2:17-cv-10-DPM

**TN WAY TRUCKING, INC.; and**
**JOHN SCARBROUGH, SR.**                                       **DEFENDANTS**

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 23 August 2019 to enforce the parties' settlement.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 July 2019